Case 2:22-cr-00046-MCS   Document 1   Filed 02/15/22   Page 1 of 2   Page ID #:1

F I L E D
CLERK, U.S. DISTRICT COURT
2/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:22-cr-00046-MCS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i): Possession with Intent to Distribute Heroin] |
| GREGORY HEVENER, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 14, 2020, in Los Angeles County, within the Central District of California, defendant GREGORY HEVENER knowingly and intentionally distributed fentanyl, a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of Z.L.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i)]

On or about December 21, 2021, in Los Angeles County, within the Central District of California, defendant GREGORY HEVENER knowingly and intentionally possessed with intent to distribute at least 100 grams, that is, approximately 245 grams, of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

GREGG E. MARMARO
Assistant United States Attorney
International Narcotics, Money Laundering, & Racketeering Section